**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Julian PARRAL, also known as Jose Julian Parral–Ramos, also known as Jose Julin Parral–Ramos, Defendant–Appellant.**

No. 06–30424
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Jon Michael Maestri, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

George Chaney, Jr., Federal Public Defender, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jose Julian Parral appeals his guilty-plea conviction and sentence for illegal reentry into the United States. He argues that the 96–month term of imprisonment imposed in his case exceeds the statutory maximum sentence allowed for the 8 U.S.C. § 1326(a) offense charged in his indictment.

Parral's argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), in which the Supreme Court held that treatment of prior convictions as sentencing factors, rather than as elements of the offense that must be found by a jury, was constitutional. Although Parral contends that a majority of the Supreme Court would now consider *Almendarez–Torres* to be incorrectly decided in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* — U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Parral properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent, but he raises it here to preserve it for further review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.